UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHARLIE Y. CHENG,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>JASON H. JONES and ROBERT S. WIRTHLIN,<br><br>　　　　　　　Defendants. | No. 2:14-cv-00071-JTR<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS |

　　　Magistrate Judge Rodgers filed a Report and Recommendation on July 2, 2014, recommending Mr. Cheng's action be dismissed for failure to comply with the filing fee provisions of 28 U.S.C. §§ 1914 and 1915(a). There being no objections, the Court **ADOPTS** the Report and Recommendation (ECF No. 14). This action is **DISMISSED WITHOUT PREJUDICE.**

　　　**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Plaintiff at his last known address and

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS - - 1

1  close the file.  The Court certifies any appeal of this dismissal would not be taken

2  in good faith.

3        **DATED** July 31, 2014.



                             THOMAS O. RICE
                        United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS - - 2